UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ASIA HOWARD,

Plaintiff,

Case No. 3:25-cv-381

vs.

DAYTON CHILDREN'S HOSPITAL,

Defendant.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain

---

**ORDER: (1) DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; AND (2) REQUIRING PLAINTIFF TO SHOW CAUSE WHY HER CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE**

---

In this civil case, premised on federal question jurisdiction, Plaintiff alleges, through counsel, Defendant discriminated against her in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* Doc. No. 1 at PageID 1. Plaintiff filed her complaint on November 11, 2025. *Id.* at PageID 2–3.

On March 10, 2026, Plaintiff filed a motion for a default judgment against Defendant (Doc. No. 3) despite there being no indication on the docket she properly served Defendant with a complaint and summons. *See* Fed. R. Civ. P. 4(l); S.D. Ohio Civ. R. 4.2. Additionally, Fed. R. Civ. P. 55 provides a two-step process for a party to obtain a default judgment. First, the party must apply for and obtain an entry of default from the Clerk of Court. Fed. R. Civ. P. 55(a). Second, the party must apply to either the Clerk or the Court for a default judgment. Fed. R. Civ. P. 55(b). Here, Plaintiff has failed to complete the first step. *See* Doc. No. 3.

Further, under Fed. R. Civ. P. 4(m), a defendant must generally be served within 90 days after a complaint is filed. To date, more than 90 days have passed since the filing of the complaint in this case, and there is no proof that Plaintiff ever served Defendant.

Accordingly, Plaintiff's motion for a default judgment is **DENIED**. Furthermore, if Plaintiff has not yet served Defendant, Plaintiff is **ORDERED TO SHOW CAUSE by October 9, 2026,** why her case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). Alternatively, if Plaintiff has timely served Defendant, she may satisfy this Show Cause Order by filing proof of service showing that she served Defendant within 90 days of the filing of her complaint.

**IT IS SO ORDERED.**

October 7, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge